UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER,<br><br>          Plaintiff,<br><br>    v.<br><br>ARRESTING AGENCY IN BAKERSFIELD, CALIFORNIA,<br><br>          Defendant. | Case No. 14-cv-01134-WHO<br><br>**ORDER OF TRANSFER** |

This federal civil rights action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant named resides, in Kern County, which is in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** March 14, 2014

                                                            WILLIAM H. ORRICK<br>
                                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARRESTING AGENT et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV14-01134 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
California Health Care Facility DA-5-111
P.O. Box 32080
Stockton, CA 95212

Dated: March 14, 2014

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk